## United States District Court for the Northern District of Illinois

Case Number: 08CV4082         Assigned/Issued By: DAJ

Judge Name: CASTILLO          Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:*    [✓] $350.00    [ ] $39.00    [ ] $5.00
                 [ ] IFP        [ ] No Fee    [ ] Other _____
                 [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                 Receipt #: 2944362

Date Payment Rec'd: 07/18/08        Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

  1  Original and   0   copies on  07/18/08   as to  DEF.  _____
                                   (Date)