AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND,
TEAMSTERS LOCAL UNION NO. 727
PENSION FUND and TEAMSTERS
LOCAL UNION NO. 727 LEGAL AND
EDUCATIONAL ASSISTANCE FUND,
                       Plaintiffs,
      v.

ROBERT J. SMITH FUNERAL HOMES,
INC., an Illinois Corporation, d/b/a
SMITH CORCORAN FUNERAL HOMES,
                       Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV4082
                    JUDGE CASTILLO
ASSIGNED JUDGE: MAGISTRATE JUDGE NOLAN
                    RCC
DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

ROBERT J. SMITH FUNERAL HOMES, INC., an Illinois Corporation,
d/b/a SMITH CORCORAN FUNERAL HOMES
c/o:   Karen S. Smith
       6400 N. Cicero Avenue, #517
       Lincolnwood, IL 60712

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                DATE

ClientCaseID: RBG
Law Firm ID: ASHER


*195084A*

CaseReturnDate: 8/31/08

Affidavit of SPECIAL PROCESS SERVER

# UNITED STATES DISTRICT COURT

Case Number **08CV4082**

I, **R. MARSHALL GRADY**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **ROBERT J. SMITH FUNERAL HOMES D/B/A SMITH CORCORAN FUNERAL**
PERSON SERVED **JEANNE JARDIEN, RECEPTIONIST**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **8/13/08**

JEANNE STATED THAT SHE IS THE PERSON IN CHARGE AND THE PERSON WITH THE MOST AUTHORITY HERE RIGHT NOW.

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

Sex **FEMALE**   Race **WHITE**   Age **58**
Height **5' 6**   Build **MEDIUM**   Hair **BROWN**

LOCATION OF SERVICE **6150 N CICERO AVE CHICAGO, IL, 60646**

Date Of Service **8/13/08**   Time of Service **12:25 PM**

_(signed)_ 8/13/2008
R. MARSHALL GRADY
**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_(signed)_

Total:   $55.00