U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:   Case Number: 08-CV-4082

TEAMSTERS LOCAL UNION NO. 727
HEALTH AND WELFARE FUND, et al.

v.

ROBERT J. SMITH FUNERAL HOMES, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Robert J. Smith Funeral Homes, Inc.

| | |
|---|---|
| NAME (Type or print)    J. Stuart Garbutt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  /s/ J. Stuart Garbutt | |
| FIRM   Meckler Bulger Tilson Marick & Pearson LLP | |
| STREET ADDRESS    123 North Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP    Chicago, IL  60606 | TELEPHONE NUMBER    312/474-7900 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    0912123 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |