UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Teamsters Local Union No. 727 Health and Welfare Fund, et al.

          Plaintiff,

v.

Robert J. Smith Funeral Homes, Inc.

          Defendant.

Case No.: 1:08−cv−04082

Honorable Ruben Castillo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Parties to file a joint status report on or before 9/25/2008. The Court will hold a status hearing in open court on 9/30/2008 at 9:45 a.m. The court's review of the complaint indicates that it is appropriate to give this case expedited treatment. The parties are authorized to proceed with all discovery. All discovery to be completed on or before 12/1/2008. This case is subject to be called for trial anytime after 12/1/2008 upon a five business days notice. A final pretrial order will be waived. Plaintiffs are requested to serve the complaint in a manner to adhere to this expedited schedule. Plaintiffs are also ordered to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) to defendant by 9/15/2008. The parties are ordered to fully exhaust all settlement possibilities prior to the first status hearing. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.